1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In the Matter of Joel Francis Murray | Case No 2:19-rd-00081 |
|---|---|
| WSBA No. 44786 | ORDER OF RECIPROCAL DISCIPLINE |

The matter comes before the Court under General Rule 2(f) of the Local Rules of the United States District Court for the Western District of Washington. Thirty days has elapsed since the Court was informed that Joel Francis Murray was suspended by the Washington State Supreme Court. Mr. Murray was afforded the opportunity to show good cause why reciprocal discipline should not be imposed. The Court has reviewed his Response and finds that he has failed to demonstrate good cause. The filing of a Motion to Reconsider with the Washington State Supreme Court does not itself stay the interim suspension. Upon the lifting of the interim suspension, Mr. Murray is free to petition this Court to have reciprocal discipline lifted.

It is ORDERED THAT Joel Francis Murray is suspended from practice before this Court. It is further ORDERED THAT Mr. Murray's Motion to Seal, Dkt. #5, is GRANTED.

Dated January 24, 2020.

*(signature)*

WALTER T. MCGOVERN
United States District Judge

ORDER OF RECIPROCAL DISCIPLINE